UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

## 05  10651 DPW

|  |  |
|---|---|
| JOSE BARROSO; ANNA ANGELICA M. COSTA; and RAISSA M. COSTA<br>    Plaintiffs<br><br>    v.<br><br>MICHAEL CHERTOFF Secretary,U.S. Department of Homeland Security;<br> EDUARDO AGUIRRE, JR. Director, U.S. Citizenship And Immigration Services, DENIS RIORDAN, Boston District Director, U.S. Citizenship and Immigration Services<br>    Defendants | Civil Action:<br><br>MAGISTRATE JUDGE |

Civil Action:

MAGISTRATE JUDGE

RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK.
DATE

**COMPLAINT FOR MANDAMUS**

I.   INTRODUCTION

The Plaintiffs, by and through their undersigned attorney, bring this civil action for mandamus to compel Defendants and those acting under them to rule upon the Applications for Adjustment of Status to Lawful Permanent Resident ("I-485 Applications") duly filed by the Plaintiffs on or June 10, 2002.

1

## II. THE PARTIES

1.  The Plaintiff Jose M. Barroso (A95-471-008) (the "Plaintiff"
    or "Mr. Barroso" ) is a native and citizen of Brazil, who
    currently resides at 65 Blueberry Lane, E. Falmouth, MA.

2.  The Plaintiff, Ana Angelica M. Costa (A95-473-471), is Mr.
    Barroso spouse and currently resides at 65 Blueberry Lane.

3.  The Plaintiff, Raissa M. Costa (A95-471-006) is the are Mr.
    Barroso's and Mrs. Costa's minor child, who currently
    resides at 65 Blueberry Lane, E. Falmouth, MA.

4.  The Defendant, Michael Chertoff, is the Acting Secretary of
    the U.S. Department of Homeland Security ("DHS"), and this
    action is brought against him in his official capacity. He
    is charged with enforcement of the Immigration and
    Nationality Act ("INA"), and is further authorized to
    delegate such powers and authority to subordinate employees
    of DHS, including, but not limited to, the U.S. Citizenship
    and Immigration Services ("USCIS"). USCIS is the agency
    within DHS to whom the Secretary's authority regarding the
    adjudication of I-485 application has in part been
    delegated, and is subject to the Secretary's supervision.

5.  The Defendant, Eduardo Aguirre, Jr., is the Director of
    USCIS and this action is brought against him in his official
    capacity. He is the official generally charged with
    supervisory authority over all operations of USCIS. In
    particular, he is responsible for the adjudication of

2

applications by aliens to adjust status, pursuant to § 245 of the INA (8 U.S.C. § 1255).

6.   The Defendant, Denis Riordan, is the Director for the Boston District Office of USCIS and this action is brought against him in his official capacity.  He is the official generally charged with supervisory authority over all operations of USCIS within his district with certain specific exceptions not relevant here. As will be shown, Defendant District Director is the official directly charged with adjudicating Plaintiffs' applications for adjustment of status.

## II.   JURISDICTION AND VENUE

7.   This is a civil action brought pursuant to 28 U.S.C. Sec. 1361 (the Mandamus Act) and 5 U.S.C. Sec. 551 *et seq.* (the Administrative Procedures Act) to compel Defendants and those working under them to perform a duty that they owe to the Plaintiffs.

8.   Costs and fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, 28 U.S.C. §2412(d), et seq.

9.   Venue is properly with this Court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where, upon information and belief, a Defendant resides and where a substantial part of the

3

events or omissions giving rise to Plaintiffs' claim
occurred.  More specifically, an interview was conducted
regarding Plaintiffs' application for adjustment of status
at the Boston District Office of USCIS, and, to Plaintiffs'
knowledge, remains pending there.

## IV.   REMEDY

10.  Mr. Barroso, his wife, Ana Angelica M. Costa, and Raissa M.
Costa (collectively, the "Plaintiffs") are seeking an order
to compel the Defendants and those working under them to
adjudicate the Plaintiffs' pending applications for
Adjustment of Status and an award of reasonable attorney's
fees and costs associated with bring said action.

## V.   STATEMENT OF THE FACTS

11.  On or about June 10, 2002, the Plaintiffs filed an
Application for Adjustment of Status to Lawful Permanent
Resident (I-485)with the INS (now USCIS) Service Center in
St. Albans, BT, which is the proper filing place for
employment-based I-485 Applications.  Copies of the I-485
Applications are attached hereto as Exhibit A (Mr.Barroso's
application), Exhibit B (Mrs. Costa's application, and
Exhibit C (Raissa Costa's application).

12.  Mr. Barroso's I-485 Application was based upon an approved
immigrant visa petition ("I-140") filed on his behalf by his
employer.  A copy of the I-140 Approval Notice is attached
hereto as Exhibit D.

4

13.  Mrs. Costa and Raissa Costa were eligible for Adjustment of
     Status as a derivative beneficiaries, i.e., the spouse and
     child, of Mr. Barroso.

14.  Through the filing of the I-485 Applications, the Plaintiffs
     were seeking adjustment to lawful permanent resident status
     (a "Green Card"). They are eligible to apply for such status
     as a result of the approval of an I-140 visa petition filed
     on the Lead Alien's behalf by his employer.

15.  On or about October 21, 2004, the Defendants through their
     designated agent (USCIS Examinations Officer Tiberi)
     interviewed the Plaintiffs on their Applications at the
     USCIS Regional Office in Boston, Massachusetts.

16.  Officer Tiberi made no decision on the application at the
     time of the interview because she claimed that a computer
     check showed that there was another alien that had the same
     name and parents as the Lead Alien.  She further indicated
     that there would be no decision on the Plaintiff's
     Application until she could resolve the matter.

17.  As of the date of this complaint, there has been no decision
     issued by the Defendants on the Plaintiff's Applications for
     Adjustment of Status.

18.  The Plaintiffs, through Counsel, have made repeated efforts
     to secure a decision from USCIS.  For example, in addition
     to telephone inquiries, they sent a written request for

adjudication to USCIS on December 2, 2004. A copy of said
letter is attached hereto as Exhibit E.

19.  USCIS, has failed to respond to the Plaintiffs' request for
     adjudication in any manner whatsoever.

20.  The Plaintiffs have no administrative remedies available.

21.  The Defendants have arbitrarily, willfully and unreasonably
     delayed the adjudication of the Plaintiffs' Applications.

22.  As a result of the Defendants' willful and unreasonable
     delay in adjudicating Plaintiffs' Applications, Plaintiffs
     have been prejudiced. Until the Applications are
     adjudicated, the Plaintiffs are unable to travel overseas to
     visit their family, unable to plan for the future, unable to
     accrue time as lawful permanent residents for eventual
     qualification for U.S citizenship, and are constantly
     fearful that they will suffer deportation at some future
     date.

23.  The Plaintiffs have been further damaged in that their
     employment authorization is tied to their status as
     applicants for permanent residency and is limited to
     increments not to exceed one year. Therefore, the Plaintiffs
     will be forced to repeatedly apply (and pay) for extensions
     of employment authorization, to the continued inconvenience
     and harassment of Plaintiffs.

24.    The Defendants owe the Plaintiffs the duty to act upon their
       Applications for Adjustment of Status and have unreasonably
       failed to perform that duty.

25.    No other remedy exists for Plaintiffs to resolve Defendants'
       delay.

WHEREFORE, the Plaintiffs pray that this Honorable Court:

    1)    Order the Defendants to have their agents rule upon the
          Applications filed by the Plaintiffs; and

    2)    Grant such other and further relief as this Honorable
          Court deems proper under the circumstances; and

    3)    Grant attorney's fees and costs of this action pursuant
to the Equal Access to Justice Act ("EAJA").

                                    The Plaintiffs
                                    Jose M. Barroso
                                    Ana Angelica M.Costa
                                    Raissa M. Costa
                                    By their Attorneys

                                    Susan E. Zak
                                    BBQ 568044
                                    LAW OFFICE OF JOHN K. DVORAK
                                    P.O. Box 8788
                                    Boston, MA 02114

C:\MyDocuments\Court\mandamus-barroso.4101.doc

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) ___Jose Barroso v. Michael Chertoff___

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ✓   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

        II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

        III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

        IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

        V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                     YES         NO  ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

                                     YES         NO

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                     YES         NO

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                     YES  ✓   NO  ✓

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                     YES  ✓   NO

        A.   If yes, in which division do all of the non-governmental parties reside?

            Eastern Division   ✓       Central Division          Western Division

        B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

            Eastern Division            Central Division          Western Division

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                     YES         NO

**(PLEASE TYPE OR PRINT)**

ATTORNEY'S NAME  Susan E. Zak, Esq.

ADDRESS  P.O. Box 8788, 180 Canal Street, Boston, MA

TELEPHONE NO.  (617) 723-7766

℣JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS
Jose Barroso; Anna Costa; Raissa Costa

**DEFENDANTS**
Michael Chertoff, Sec. DHS, Eduardo Aguirre, Jr. Dir -USC Denis Riordan, Reg. Dir., USCIS.

**(b)** County of Residence of First Listed Plaintiff     Barnstable
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
Susan E. Zak, Law Office of John K. Dvorak, P.O. Box 8788
180 Canal Street, Boston, MA 02114 (617)723-4422

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1   U.S. Government
       Plaintiff

☐ 3   Federal Question
       (U.S. Government Not a Party)

☒ 2   U.S. Government
       Defendant

☐ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☒ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1361 (Mandamus Act)  :5 USC 551 (Administrative Procedures Act)

Brief description of cause:
requesting mandamus for USCIS to adjudicate I-985 Application

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053
**Form I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **BARROSO** | Given Name **Jose** | Middle Initial **M** |

Address - C/O

| Street Number and Name ~~25-A Debra Ann Lane~~ | Apt. # |
|---|---|

City **E. Falmouth**

| State **MA** | Zip Code **02536** |
|---|---|

| Date of Birth (month/day/year) **12/17/1963** | Country of Birth **Brazil** |
|---|---|

| Social Security # | A # (if any) **none** |
|---|---|

| Date of Last Arrival (month/day/year) **05/20/1998** | I-94 # **unavailable** |
|---|---|

| Current INS Status **B2 overstay** | Expires on (month/day/year) **expired** |
|---|---|

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

### Part 2. Application Type.   *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:   *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#
ATTY State License #

*Continued on back.*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| | | | |
|---|---|---|---|
| **A.** City/Town/Village of Birth | Coluna | Current occupation | cook |
| Your mother's first name | Maria | Your father's first name | Jose |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

unavailable

| | |
|---|---|
| Place of last entry into the U.S. (City/State)   Miami - FL | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| Were you inspected by a U.S. Immigration Officer?   ☒ Yes  ☐ No | B-2 |

| | |
|---|---|
| Nonimmigrant Visa Number   21972729 | Consulate where Visa was issued  Rio de Janeiro |

| | | |
|---|---|---|
| Date Visa was issued (month/day/year)   04/27/1998 | Sex:  ☒ Male  ☐ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?   ☐ No   ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| de Mello Costa | Ana Angelica | | 10/09/1960 |
| **Country of Birth** Brazil | **Relationship** spouse | **A #** n/a | **Applying with you?** ☒ Yes  ☐ No |
| Costa | Raissa | M | 08/15/1991 |
| **Country of Birth** Brazil | **Relationship** daughter | **A #** n/a | **Applying with you?** ☒ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| **Country of Birth** | **Relationship** | **A #** | **Applying with you?** ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| **Country of Birth** | **Relationship** | **A #** | **Applying with you?** ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| **Country of Birth** | **Relationship** | **A #** | **Applying with you?** ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3.  Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1.  Have you ever, in or outside the U.S.:
    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
    b.  been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  ☐ Yes  ☒ No

2.  Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3.  Have you ever:
    a.  within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4.  Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?  ☐ Yes  ☒ No

5.  Do you intend to engage in the U.S. in:
    a.  espionage?  ☐ Yes  ☒ No
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7.  Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8.  Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9.  Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

*Continued on back*                                   Form I-485 (Rev. 02/07/00)N Page 3

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *José Maria Costa Barroso* | José BARROSO | 5/28/02 | |

*Please Note:* If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

**Part 5.  Signature of person preparing form if other than above.**      *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address | | | |
|---|---|---|---|
| | | | |

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

# Supplement A to Form I-485

**START HERE - Please Type or Print**

## FOR INS USE ONLY

**Part 1.  Information about applicant**

| Family Name  **BARROSO** | First Name  **Jose** | Middle Name  **Maria** |
|---|---|---|

Address - C/O

| Street Number and Name  **25-A Debra Ann Lane** | Apt. Suite |
|---|---|

| City  **E. Falmouth** | State or Province  **MA** |
|---|---|

| Country  **USA** | ZIP/Postal Code  **02536** |
|---|---|

| INS A #  **none** | Date of Birth (month/day/year)  **12/17/1963** | Country of Birth  **Brazil** |
|---|---|---|

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

| File Reviewed | Class of Adjustment Code: |
|---|---|

**Part 2.  Basis for Eligibility**  *(check one)*

1. On Form I-485, Part 2, I checked application type *(check one)*:

   a. ☒ An immigrant petition.  Go to #2.
   b. ☐ My spouse or parent applied.  Go to #2.
   c. ☐ I entered as a K-1 fiance.  **Stop Here. Do Not File This Form.**
   d. ☐ I was granted asylum.  **Stop Here. Do Not File This Form.**
   e. ☐ I am a native or citizen of Cuba.  Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.  Go to #3.
   g. ☐ I have continuously resided in the U.S.  **Stop Here. Do Not File This Form.**
   h. ☐ Other.  Go to #2
   i. ☐ I am already a permanent resident.  **Stop Here. Do Not File This Form.**
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban  **Stop Here. Do Not File This Form.**

**To Be Completed by Attorney or Representative, if any**

☒ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces  *(check one)*.

   ☐ Yes  **Stop Here. Do Not File This Form.**      ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.  ☐ Yes  **Stop Here. Do Not File This Form.**      ☒ No  Go to #11.

4. I last entered the United States  *(check one)*:

   ☐ As a stowaway.  Go to #11.
   ☐ Legally as a crewman (D-1/D-2 visa).  Go to #11.
   ☐ Without inspection.  Go to #11.
   ☐ Legally in transit without visa status.  Go to #11.

   ☐ Legally without a visa as a visitor for tourism or business.  Go to #5.
   ☐ Legally as a parolee.  Go to #5.
   ☒ Legally with another type of visa (show type **B2**).  Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen  *(check one)*.

   ☐ Yes  **Stop Here. Do Not File This Form.**      ☒ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I an applying for adjustment of status  *(check one)*.

   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.  **Stop Here. Do Not File This Form.**

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.  **Stop Here. Do Not File This Form.**

   ☒ Under some other category.  Go to #7.

## Part 2. Continue.

7. I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167   *(check one)*.

   ☐ Yes   **Stop Here. Do Not File This Form.**      ☒ No   **Go to #8.**

8. I have been employed in the United States after January 1, 1977 without INS authorization      *(check one)*.

   ☒ Yes   **Go to #9.**      ☐ No   **Go to #10.**

9. I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one)*:

   ☐ Yes   **Stop Here. Do Not File This Form.**      ☒ No   **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one)*.

    ☐ Yes   **Stop Here. Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.      **Stop Here. Do Not File This Form,**      Attach an explanation regarding this question to your Form I-485 application.

    ✗ No   **Go to #11.**

11. I am unmarried and less than 17 years old      *(check one)*.

    ☐ Yes   **Stop Here. File This Form and Form I-485.**      Pay only the fee required with Form I-485.
    ☒ No   **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one)*.

    ☐ Yes   **Stop Here. File This Form and Form I-485.**      Pay only the fee required with Form I-485.
    ☒ No   **Go to #13.**

13. **File The Form and Form I-485. You must pay the additional sum:**

    $   220.00 - Fee required with Form I-485 * and
    $1,000.00 - Additional sum under section 245(i) of the Act

    **$1,220.00 - Total amount you must pay.**

    *If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

---

**Part 3.**      **Signature.**   Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *José María Arita Barroso* | **BARROSO** | 5/28/02 | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.      *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

Approval expires 4-30-85

| (Family name) BARROSO | (First name) Jose | (Middle name) Maria | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 12/17/1963 | NATIONALITY Brazilian | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) none | CITY AND COUNTRY OF BIRTH Coluna        Brazil | SOCIAL SECURITY NO (If any) |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | SOBRINHO | Jose | Minas Gerais Brazil | Rio Vermelho    Brazil |
| MOTHER (Maiden name) | COSTA | Maria | Minas Gerais Brazil | Rio Vermelho    Brazil |

| HUSBAND (If none, so state) -OR- WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | COSTA | Ana Angelica | 10/09/1960 | Pains - MG Brazil | 04/06/1991 | Pains - Brazil |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) none | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 25-A Debra Ann Lane | E. Falmouth | MA | USA | 11 | 1999 | PRESENT TIME | |
| 47 Lewis Pd | Cotuit | MA | USA | 03 | 1999 | 11 | 1999 |
| 41 Rogers St | Falmouth | MA | USA | 05 | 1998 | 03 | 1999 |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Joaquim Gonc. Pimenta, 516 | Belo Horizonte | Minas Gerais | Brazil | | 1993 | 05 | 1998 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| Oysters Too | 876 E. Falmouth Hwy , Route 28 , | cook | | 1999 | PRESENT TIME | |
| E. Falmouth Car Wash | | | | 1999 | present | time |
| | | | | | | |
| | | | | | | |
| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | *Jose Maria Costa Barroso* | 5/28/02 |
| Are all copies legible?   ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) BARROSO | (Given name) Jose | (Middle name) Maria | (Alien registration number) none |
|---|---|---|---|

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register**
**Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **COSTA** | Given Name **Ana Angelica** | Middle Initial **M** |

Address - C/O

| | |
|---|---|
| Street Number and Name **25-A Debra Ann Lane** | Apt. # |

City **E. Falmouth**

| | |
|---|---|
| State **MA** | Zip Code **02536** |

| | |
|---|---|
| Date of Birth (month/day/year) **10/09/1960** | Country of Birth **Brazil** |

| | |
|---|---|
| Social Security # | A # (if any) **none** |

| | |
|---|---|
| Date of Last Arrival (month/day/year) **12/02/1999** | I-94 # **893986455 06** |

| | |
|---|---|
| Current INS Status **B2 overstay** | Expires on (month/day/year) **expired** |

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐  an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒  My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐  I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐  I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐  I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐  I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐  I have continuously resided in the U.S. since before January 1, 1972.

h. ☐  Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐  I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐  I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| _____ | |
| _____ | |

Resubmitted

_____
_____

Reloc Sent

_____
_____

Reloc Rec'd

_____
_____

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

**To Be Completed by**
**Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| A. City/Town/Village of Birth **Pains** | Current occupation **housekeepper** |
|---|---|
| Your mother's first name **Marla** | Your father's first name **Agenor** |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**Ana Angelica Costa**

| Place of last entry into the U.S. (City/State) **New York - NY** | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?   ☒ Yes  ☐ No | **B-2** |
| Nonimmigrant Visa Number   21972730 | Consulate where Visa was issued **Rio de Janeiro** |
| Date Visa was issued (month/day/year) 04/27/1998 | Sex: ☐ Male ☒ Female | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?   ☐ No   ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name **BARROSO** | Given Name **Jose** | Middle Initial **M** | Date of Birth (month/day/year) **12/17/1963** |
|---|---|---|---|
| Country of Birth **Brazil** | Relationship **spouse** | A # **n/a** | Applying with you? ☒ Yes  ☐ No |
| Family Name **Costa** | Given Name **Raissa** | Middle Initial **M** | Date of Birth (month/day/year) **08/15/1991** |
| Country of Birth **Brazil** | Relationship **daughter** | A # **n/a** | Applying with you? ☒ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

---

## Part 3. Processing Information    *(Continued)*

---

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?  ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Ana Angelica COSTA | 5/28/02 | |

*Please Note:  If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form if other than above.**     *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address | | | |
|---|---|---|---|

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

---

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

## Part 1.  Information about applicant

| Family Name **COSTA** | First Name **Ana Angelica** | Middle Name **Melo** |
|---|---|---|

Address - C/O

| Street Number and Name **25-A Debra Ann Lane** | Apt. Suite |
|---|---|

| City **E. Falmouth** | State or Province **MA** |
|---|---|

| Country **USA** | ZIP/Postal Code **02536** |
|---|---|

| INS A # ⸲ **none** | Date of Birth *(month/day/year)* **10/09/1960** | Country of Birth **Brazil** |
|---|---|---|

| FOR INS USE ONLY |
|---|
| Returned / Receipt |
| Resubmitted |
| Reloc Sent |
| Reloc Rec'd |
| Interviewed |
| File Reviewed / Class of Adjustment Code: |

## Part 2.  Basis for Eligibility  *(check one)*

1. On Form I-485, Part 2, I checked application type  *(check one)*:

   a. ☐ An immigrant petition.  Go to #2.
   b. ☒ My spouse or parent applied.  Go to #2.
   c. ☐ I entered as a K-1 fiance.  **Stop Here. Do Not File This Form.**
   d. ☐ I was granted asylum.  **Stop Here. Do Not File This Form.**
   e. ☐ I am a native or citizen of Cuba.  Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.  Go to #3.
   g. ☐ I have continuously resided in the U.S.  **Stop Here. Do Not File This Form.**
   h. ☐ Other.  Go to # 2
   i. ☐ I am already a permanent resident.  **Stop Here. Do Not File This Form.**
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban  **Stop Here. Do Not File This Form.**

   | To Be Completed by Attorney or Representative, if any |
   |---|
   | ☒ Check if G-28 is attached showing you represent the petitioner |
   | VOLAG# |
   | ATTY State License # |

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces  *(check one)*.
   ☐ Yes  **Stop Here. Do Not File This Form.**    ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.  ☐ Yes  **Stop Here. Do Not File This Form.**    ☒ No  Go to #11.

4. I last entered the United States  *(check one)*:

   ☐ As a stowaway.  Go to #11.
   ☐ Legally as a crewman (D-1/D-2 visa).  Go to #11.
   ☐ Without inspection.  Go to #11.
   ☐ Legally in transit without visa status.  Go to #11.
   ☐ Legally without a visa as a visitor for tourism or business.
   ☐ Legally as a parolee.  Go to #5.
   ☒ Legally with another type of visa (show type __B2__).  Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen  *(check one)*.
   ☐ Yes  **Stop Here. Do Not File This Form.**    ☒ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status  *(check one)*.

   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.  **Stop Here. Do Not File This Form.**

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.  **Stop Here. Do Not File This Form.**

   ☒ Under some other category.  Go to #7.

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167  *(check one)*.

    ☐ Yes  **Stop Here. Do Not File This Form.**     ☒ No  **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization  *(check one)*.

    ☒ Yes  **Go to #9.**     ☐ No  **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986  *(check one)*:

    ☐ Yes  **Stop Here. Do Not File This Form.**     ☒ No  **Go to #10.**

10.  I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986  *(check one)*.

    ☐ Yes  **Stop Here. Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.  **Stop Here. Do Not File This Form,**  Attach an explanation regarding this question to your Form I-485 application.

    ✗ No  **Go to #11.**

11.  I am unmarried and less than 17 years old  *(check one)*.

    ☐ Yes  **Stop Here. File This Form and Form I-485.**    Pay only the fee required with Form I-485.
    ☒ No  **Go to #12.**

12.  I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program  *(check one)*.

    ☐ Yes  **Stop Here. File This Form and Form I-485.**    Pay only the fee required with Form I-485.
    ☒ No  **Go to #13.**

13.  **File The Form and Form I-485.  You must pay the additional sum:**

    $   220.00 - Fee required with Form I-485 *  and
    $1,000.00 - Additional sum under section 245(i) of the Act

    **$1,220.00 - Total amount you must pay.**

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

| Part 3. | **Signature.**  Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4. |
| --- | --- |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
| --- | --- | --- | --- |
| *Ana Angelica Costa* | Ana Angelica    COSTA | 5/28/02 | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4.  Signature of person preparing form if other than above.    *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
| --- | --- | --- | --- |
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

Approval expires 4-30-85

| (Family name) COSTA | (First name) Ana Angelica | (Middle name) Melo | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 10/09/1960 | NATIONALITY Brazilian | FILE NUMBER A- none |
|---|---|---|---|---|---|---|
| ALL OTHER NAMES USED  (Including names by previous marriages) Ana Angelica de Melo | | | CITY AND COUNTRY OF BIRTH Pains | | Brazil | SOCIAL SECURITY NO. (If any) |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | | CITY AND COUNTRY OF RESIDENCE | |
|---|---|---|---|---|---|---|
| FATHER | DE MELO | Agenor | Pains | Brazil | deceased | |
| MOTHER (Maiden name) | COSTA | Maria | Pains | Brazil | deceased | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | BARROSO | Jose | 12/17/1963 | Coluna Brazil | 04/06/1991 | Pains - Brazil |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | | |
|---|---|---|---|---|---|
| FAMILY NAME  (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE | |
| none | | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 25-A Debra Ann Lane | E. Falmouth | MA | USA | 12 | 1999 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Joaquim Gonc. Pimenta, 516 | Belo Horizonte | Minas Gerais | Brazil | | 1993 | 12 | 1999 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| self-employed | housekeepper | | 2001 | PRESENT TIME | |
| E. Falmouth Car Wash | washer | | 2000 | | 2000 |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | X *Ana Angelica Costa* | 5/28/02 |
| Are all copies legible?   ☒ Yes | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:  BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) COSTA | (Given name) Ana Angelica | (Middle name) Melo | (Alien registration number) none |
|---|---|---|---|

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

**Form I-485, Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1.  Information about you.

| Family Name **COSTA** | Given Name **Raissa** | Middle Initial **M** |
|---|---|---|

Address  - C/O

| Street Number and Name **25-A Debra Ann Lane** | Apt. # |
|---|---|

City **E. Falmouth**

| State **MA** | Zip Code **02536** |
|---|---|

| Date of Birth (month/day/year) **08/15/1991** | Country of Birth **Brazil** |
|---|---|

| Social Security # | A # (if any) **none** |
|---|---|

| Date of Last Arrival (month/day/year) **12/02/1999** | I-94 # **239667809 07** |
|---|---|

| Current INS Status **B2 overstay** | Expires on (month/day/year) **expired** |
|---|---|

### Part 2.  Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

*Continued on back.*

## Part 3. Processing Information

| A. City/Town/Village of Birth | Belo Horizonte | Current occupation | student |
|---|---|---|---|
| Your mother's first name | Ana Angelica | Your father's first name | Jose |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**Raissa Costa**

| Place of last entry into the U.S. (City/State) | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| New York- NY | |

| Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No | B-2 |
|---|---|

| Nonimmigrant Visa Number | 24371847 | Consulate where Visa was issued Rio de Janeiro |
|---|---|---|

| Date Visa was issued (month/day/year) **09/28/1998** | Sex: ☐ Male ☒ Female | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

---

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | NONE | Given Name | | Middle Initial | | Date of Birth (month/day/year) |
|---|---|---|---|---|---|---|
| Country of Birth | | Relationship | | A # | | Applying with you? ☐ Yes ☐ No |
| Family Name | | Given Name | | Middle Initial | | Date of Birth (month/day/year) |
| Country of Birth | | Relationship | | A # | | Applying with you? ☐ Yes ☐ No |
| Family Name | | Given Name | | Middle Initial | | Date of Birth (month/day/year) |
| Country of Birth | | Relationship | | A # | | Applying with you? ☐ Yes ☐ No |
| Family Name | | Given Name | | Middle Initial | | Date of Birth (month/day/year) |
| Country of Birth | | Relationship | | A # | | Applying with you? ☐ Yes ☐ No |
| Family Name | | Given Name | | Middle Initial | | Date of Birth (month/day/year) |
| Country of Birth | | Relationship | | A # | | Applying with you? ☐ Yes ☐ No |

---

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?    ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?    ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?    ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?    ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?    ☐ Yes  ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?    ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?    ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?    ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?    ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?    ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?    ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?    ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?    ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?    ☐ Yes  ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?    ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?    ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?    ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?    ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?    ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?    ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?    ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?    ☐ Yes  ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X _Raissa Costa_ | Raissa COSTA | 5/28/02 | |

*Please Note:* *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.   Signature of person preparing form if other than above.**      *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

| Firm Name and Address | | | |
|---|---|---|---|

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

## Supplement A to Form I-485

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

## Part 1.    Information about applicant

| Family Name **COSTA** | First Name **Raissa** | Middle Name **Melo** |
|---|---|---|

Address - C/O

| Street Number and Name **25-A Debra Ann Lane** | Apt. Suite |
|---|---|

| City **E. Falmouth** | State or Province **MA** |
|---|---|

| Country **USA** | ZIP/Postal Code **02536** |
|---|---|

| INS A # **none** | Date of Birth (month/day/year) **08/15/1991** | Country of Birth **Brazil** |
|---|---|---|

**FOR INS USE ONLY:** Returned, Receipt, Resubmitted, Reloc Sent, Reloc Rec'd, Interviewed, File Reviewed, Class of Adjustment Code:

**To Be Completed by Attorney or Representative, if any**
☒ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

## Part 2.    Basis for Eligibility   (check one)

1. On Form I-485, Part 2, I checked application type   (check one):

   a. ☐ An immigrant petition.                                      Go to #2.
   b. ☒ My spouse or parent applied.                                Go to #2.
   c. ☐ I entered as a K-1 fiance.                                  Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.                                       Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.                           Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.                 Go to #3.
   g. ☐ I have continuously resided in the U.S.                     Stop Here. Do Not File This Form.
   h. ☐ Other.                                                      Go to # 2
   i. ☐ I am already a permanent resident.                          Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban    Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces   (check one).
   ☐ Yes   Stop Here. Do Not File This Form.          ☒ No   Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.   ☐ Yes   Stop Here. Do Not File This Form.          ☒ No   Go to #11.

4. I last entered the United States   (check one):
   ☐ As a stowaway.                                  Go to #11.       ☐ Legally without a visa as a visitor for tourism or business.         Go to #5.
   ☐ Legally as a crewman (D-1/D-2 visa).            Go to #11.
   ☐ Without inspection.                             Go to #11.       ☐ Legally as a parolee.                           Go to #5.
   ☐ Legally in transit without visa status.         Go to #11.       ☒ Legally with another type of visa (show type  **B2**     ).   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen   (check one).
   ☐ Yes   Stop Here. Do Not File This Form.          ☒ No   Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I an applying for adjustment of status   (check one).
   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.   Stop Here. Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.   Stop Here. Do Not File This Form.
   ☒ Under some other category.   Go to #7.

## Part 2.  Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a
    public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law
    101-167   *(check one).*

    ☐ Yes    **Stop Here.  Do Not File This Form.**    ☒ No    **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization    *(check one).*

    ☐ Yes    **Go to #9.**    ☒ No    **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or
    before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986
    *(check one):*

    ☐ Yes    **Stop Here.  Do Not File This Form.**    ☐ No    **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after
    November 5, 1986    *(check one).*

    ☐ Yes    **Stop Here.  Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own
          or for technical reasons.    **Stop Here.  Do Not File This Form,**    Attach an explanation regarding this question to your Form I-485 application.

    ☒ No    **Go to #11.**

11. I am unmarried and less than 17 years old    *(check one).*

    ☒ Yes    **Stop Here.  File This Form and Form I-485.**    Pay only the fee required with Form I-485.
    ☐ No    **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of
    my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program
    *(check one).*
    ☐ Yes    **Stop Here.  File This Form and Form I-485.**    Pay only the fee required with Form I-485.
    ☐ No    **Go to #13.**

13. **File The Form and Form I-485.  You must pay the additional sum:**

       $  220.00 - Fee required with Form I-485 *  and
       $1,000.00 - Additional sum under section 245(i) of the Act

       **$1,220.00 - Total amount you must pay.**

    *If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In
    #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.          **Signature.**  Read the information on penalties in the instruction before completing this section. If someone helped
                   you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and
correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for
the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *Raissa Costa* | **Raissa        COSTA** | 5/28/02 | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for
the requested document and this application may be denied.

## Part 4.  Signature of person preparing form if other than above.          *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

Approval expires 4-30-85

| (Family name) | (First name) | (Middle name) | ☐ MALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| COSTA | Raissa | Melo | ☒ FEMALE | 08/15/1991 | Brazilian | A- none |

| ALL OTHER NAMES USED | (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|---|
| none | | Belo Horizonte          Brazil | |

| | FAMILY NAME | FIRST NAME | CITY AND COUNTRY OF RESIDENCE | |
|---|---|---|---|---|
| FATHER | BARROSO Jose | Coluna | Minas Gerais, Brazil | E. Falmouth     USA |
| MOTHER (Maiden name) | MELO Ana Angelica | Pains | Mina sGerais, Brazil | E. Falmouth     USA |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| none | | | | | | |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 25-A Debra Ann Lane | E. Falmouth | MA | USA | 12 | 1999 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Rua Joaquim Gonc. Pimenta, 516 | Belo Horizonte | Minas Gerais | Brazil | | 1993 | 12 | 1999 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| | student | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | |
|---|---|---|---|
| | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☐ OTHER (SPECIFY) | X Raissa Costa | 5/28/02 |
| ☒ STATUS AS PERMANENT RESIDENT | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |
| Are all copies legible?   [X] Yes | | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# APPLICANT:

**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| COSTA | Raissa | Melo | none |

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-02-120-50227 | **CASE TYPE** I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE**<br>February 27, 2002 | **PRIORITY DATE**<br>April 16, 2001 | **PETITIONER**<br>OYSTERS TOO |
| **NOTICE DATE**<br>April 24, 2002 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>BARROSO, JOSE M. |

JOHN K. DVORAK ESQ
LAW OFFICE OF JOHN K DVORAK P C
P O BOX 8788
BOSTON MA 02114

Notice Type:  Approval Notice
Section: Skilled Worker or
         Professional,
       · Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the
United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form
I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with
appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be
obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition,
the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office
to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which
consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to
that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913

