# UNITED STATES DISTRICT COURT

EASTERN DIV _____     District of  MASSACHUSETTS

JOSE BARROSO, ANNA
ANGELICA M COSTA; and
RAISSA M. COSTA

**SUMMONS IN A CIVIL CASE**

MICHAEL CHERTOFF,
Sec. USDHS; EDUARDO
AGUIRRE, JR; DIR. USCIS;
DENIS RIORDAN, DISTRICT
DIR. USCIS,

CASE NUMBER:

## 05 - 10651 DPW

TO: (Name and address of Defendant)

EDUARDO AGUIRRE, JR
DIR, USCIS
C/O OFFICE OF GENERAL COUNSEL
USDHS
WASHINGTON, DC 20258

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SUSAN ZAK ESQ.
LAW OFFICES OF JOHN K. DVORAK PC
180 CANAL ST., 4TH FLOOR
P.O. BOX 8788
BOSTON, MA 02114

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   APR 0 4 2005

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4/8/05 |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) Susan Zak | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via certified mail. Copy of receipt and proof of delivery attached hereto.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/25/05
              Date        Signature of Server

Law Offices of John K. Dvorak
180 Canal St, 4th floor
Address of Server
P.O. Box 8788
Boston, MA 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# Track & Confirm

**Shipment Details**

You entered 7004 0750 0000 5500 5282

Your item was delivered at 11:27 am on April 11, 2005 in WASHINGTON, DC 20528.

Here is what happened earlier:

- ARRIVAL AT UNIT, April 11, 2005, 5:24 am, WASHINGTON, DC 20022
- ACCEPTANCE, April 08, 2005, 12:01 pm, BOSTON, MA 02114

**Notification Options**

▸ **Track & Confirm by email**   What is this?   Go ›

**Track & Confirm**
Enter label number:

Track & Confirm FAQs



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20529    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | 1.75 | 2005 Clerk: KH101X |
| Total Postage & Fees | $ 7.80 | 04/08/05 |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 0750 0000 5500 5582

PS Form 3800, June 2002    See Reverse for Instructions