# UNITED STATES DISTRICT COURT

EASTERN DIV    District of MASSACHUSETTS

Jose Barroso; Anna Angelica M Costa; and Raissa H. Costa

v.

Michael Chertoff, Sec., USDHS; Eduardo Aguirre, Jr, Director, USCIS; Denis Riordan, Boston District Director, USCIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 - 10651 DPW**

TO: (Name and address of Defendant)

Michael Chertoff, Sec., USDHS
c/o Office of General Counsel
USDHS
Washington, DC 20258

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan Zak
Law Offices of John K. Dvorak P.C.
180 Canal St., 4th Floor
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE: APR 04 2005

CLERK

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/4/05 |
| NAME OF SERVER *(PRINT)* Susan Zeck | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via certified mail. See receipt and proof of delivery attached hereto

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/25/05
            Date

Signature of Server

Law Office of John K. Dvorak
180 Canal St. 4th floor
P.O. Box 8788
*Address of Server*
Boston, MA 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# Track & Confirm

**Shipment Details**

You entered 7004 0750 0000 5500 5299

Your item was delivered at 11:27 am on April 11, 2005 in WASHINGTON, DC 20528.

Here is what happened earlier:

- ARRIVAL AT UNIT, April 11, 2005, 5:24 am, WASHINGTON, DC 20022
- ACCEPTANCE, April 08, 2005, 12:01 pm, BOSTON, MA 02114

**Notification Options**

▸ **Track & Confirm by email**   What is this?

**Track & Confirm**
Enter label number:

Track & Confirm FAQs



http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/detail

4/25/2005

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 3.85 | UNIT ID: 0114 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KHJ91X |
| Total Postage & Fees | $ 7090 | 04/08/05 |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

7004 0750 0000 5500 5299