℀AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_EASTERN DIV_ _____ District of _MASSACHUSETTS_ _____

Jose Barroso, Anna
Angelica M. Costa and
Raissa M. Costa

**SUMMONS IN A CIVIL CASE**

Michael Chertoff,
Sec, USDHS; Eduardo
Aguirre, Jr, Dir.
USCIS, Denis Riordan,
Dist. Dir', USCIS

## 05   10651 DPW
CASE NUMBER:

TO: (Name and address of Defendant)

Denis Riordan
District Dir., USCIS
C/o Office of General Counsel
USDHS
~~Boston~~ Washington, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan Zak Esq
Law Offices of John K Dvorac P.C.
180 Canal St, 4th Fl.
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 0 4 2005

CLERK _____                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE 4/5/05 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Gosun Zak | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Certified mail receipt and proof of delivery attached w/ctd

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/26/05___
Date

Signature of Server

Law Offices of John K. Dvorak
180 Canal St. # 4th floor
P.O. Box 8788
*Address of Server*
Boston, MA 02119

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES**
**POSTAL SERVICE**

# Track & Confirm

### Shipment Details

You entered 7004 0750 0000 5500 5305

Your item was delivered at 11:27 am on April 11, 2005 in WASHINGTON, DC 20528.

Here is what happened earlier:

- ARRIVAL AT UNIT, April 11, 2005, 5:24 am, WASHINGTON, DC 20022
- ACCEPTANCE, April 08, 2005, 12:00 pm, BOSTON, MA 02114

### Notification Options

▸ **Track & Confirm by email**     What is this?     Go ▸

**Track & Confirm**
Enter label number:

Track & Confirm FAQs





U.S. Postal Service™

CERTIFIED MAIL™ RECEIPT

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.90 |

Postmark Here

04/08/05

Clerk# KHJ91X    UNIT ID: 0114
WASHINGTON, DC 20549

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0000 5500 5305