# UNITED STATES DISTRICT COURT

EASTERN DIV      District of MASSACHUSETTS

JOSE BARROSO; ANNA ANGELICA M. COSTA; and RAISSA COSTA

V.

MICHAEL CHERTOFF, Sec. USDHS; EDUARDO AGUIRRE JR., DIR USCIS; DENIS RIORDAN, DIST DIR. USCIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 CV 10651 DPW

TO: (Name and address of Defendant)

Attorney General
USDOJ
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan Zak
Law Office of John K. Dvorak P.C.
180 Canal St. 4th Fl.
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON      4-29-05

CLERK      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-6-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Susan Zak | Atty. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail. See proof of service attached hereto

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/05
                    Date                    Signature of Server

Law Office of John K. Dixal
180 Canal St., 4TH Floor
*Address of Server*
P O Box 8788
Boston, MA 02119

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>ATTORNEY GENERAL<br>US DEPT. OF JUSTICE<br>950 PENNSYVANIA AVE. NW<br>WASHINGTON, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 0750 0000 5500 5367 | |

