UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSE BARROSO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. NO. 05-10651-DPW |
| v. | ) ) | |
| MICHAEL CHERTOFF, et al., | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**

Now comes the above-captioned Defendants, and hereby move this Court for an extension of time **up to and including September 15, 2005**, to answer or otherwise respond to Plaintiffs' Complaint. As reasons therefore, the undersigned counsel for Defendants asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain certain facts from the relevant agency (Department of Homeland Security) necessary to respond to Plaintiffs' Complaint.

WHEREFORE, Defendants respectfully request that this Court allows their motion for an extension of time **up to and including September 15, 2005**, to respond to the Plaintiffs' Complaint.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Michael Sady
By:   Michael Sady
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: August 25, 2005

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7.1(a)(2), the parties have conferred concerning the contents of this motion.

        /s/ Michael Sady
        Michael Sady
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on, I caused a copy of the foregoing Motion to be served on August 25, 2005 by first class mail, postage pre-paid to Petitioner's counsel of record Susan E. Zak, Law Offices of John K. Dvorak, P.C., 180 Canal Street, 4th Floor, P.O. Box 8788, Boston, MA 02114

        /s/ Michael Sady
        Michael Sady
        Assistant U.S. Attorney