UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| JOSE BARROSO, et al.,                ) | |
|                                      ) | |
|            Plaintiffs,               ) | |
|                                      ) | C.A. NO. 05-10651-DPW |
| V.                                   ) | |
|                                      ) | |
| MICHAEL CHERTOFF, et al.,            ) | |
|                                      ) | |
|            Defendants.               ) | |
| _____ ) | |

**DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, defendants Michael

Chertoff, Secretary, U.S. Department of Homeland Security; Eduardo Aguirre, Jr., Director, U.S.

Citizenship and Immigration Services; and Denis Riordan, Boston District Director, U.S. Citizenship

and Immigration Services hereby move to dismiss this action for lack of subject matter jurisdiction.

In the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants move for

summary judgment.  The reasons for the foregoing motion are set forth in the accompanying

Memorandum of Law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Michael Sady
       MICHAEL SADY
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       617-748-3606

Dated: 9/15/05

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that, on September 15, 2005, I placed a telephone call to the office of plaintiff's counsel, Susan E. Zak, Esq., to confer regarding this motion, and left a telephone message for her that I was calling to confer regarding this motion.
.

   /s/ Michael Sady
MICHAEL SADY
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jose Barrosa
Angelica M. Costa
Raissa M. Costa

Plaintiffs

            VS                         Case No. 05-CV-10651

Michael Chertoff
Secretary. U.S. Department of Homeland Security

Eduardo Aguirre,  USCIS Director
Denis Riordan,  Boston District Director

Defendants

I, Denis Riordan, hereby declare:

I am the District Director of the Boston, MA  District office for the United States
Citizenship and Immigration Services (USCIS) in the Department of Homeland Security
(DHS). I oversee the adjudication of applications for benefits including applications for
adjustment of status  in the Boston District. In my capacity as District Director and based
upon reasonable inquiry and my knowledge, information and belief, I declare the
following:

1.When a person applies to USCIS for adjustment of  status to lawful permanent resident,
USCIS conducts several forms of security and background checks to ensure that the alien
is eligible for that benefit and that he or she is not a risk to national security or public
safety and to ensure that the alien is eligible for the benefit which he/she is seeking. In
addition to these background and security checks, USCIS also conducts investigations
into the bona fides of each and every petition or application filed with it when the need
arises to do so. This is done to maintain the integrity of the application process and to
insure that there is no fraud in the application process. In the instant case the subject is
seeking to adjust his status to permanent resident based on an approved employment
based visa petition as a skilled worker (cook) pursuant to section 203(b)(3)(A)(i)or (ii) of
the Immigration and Nationality Act. An employment based visa petition was filed by
subject's current employer (Oysters Too) on behalf of the subject. "Oysters Too" also

filed an Application for Alien Employment Certification with the United States Department of Labor on behalf of the subject. Said application for Employment Certification was supported by a document indicating that subject had prior work experience in Brazil as a cook. The certification of the Department of Labor was granted on November 20, 2001. This "labor certification" was filed with an employment based visa petition filed with the Immigration and Naturalization Service by "Oysters Too" on February 27, 2002. Said visa petition was subsequently approved on April 24, 2002. Said approval was necessarily based, in part, on the work experience that subject obtained in Brazil as a cook . Subsequent to the aforementioned approval, an issue has arisen as to whether subject had, in fact, had the necessary work experience in Brazil to qualify him for the labor certification granted in this case and the subsequent approval of an employment based visa petition filed on his behalf. USCIS has taken steps, through diplomatic channels, on March 10, 2005, to investigate whether the subject had the necessary work experience in Brazil that qualified him for the aforementioned benefits. At this point, the requested investigation has not been completed. When said investigation is completed USCIS will promptly take the appropriate steps to adjudicate subject's status adjustment application.


I declare under penalty of perjury that, based upon reasonable inquiry and my knowledge, information and belief, the foregoing is true and correct.


Executed on the 7th day of September, 2005 at Boston,

MA

*Denis C. Riordan*

Denis Riordan
District Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Boston, MA