UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

|  |  |
|---|---|
| JOSE BARROSO; ANNA ANGELICA M. COSTA; and RAISSA M. COSTA<br><br>    Plaintiffs<br><br>    v.<br><br>MICHAEL CHERTOFF<br>Secretary, U.S. Department<br>of Homeland Security;<br>EDUARDO AGUIRRE, JR.<br>Director, U.S. Citizenship<br>And Immigration Services,<br>DENIS RIORDAN, Boston District<br>Director, U.S. Citizenship<br>and Immigration Services<br>    Defendants | ) Civil Action: 05-10651-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS OF RECORD**

Pursuant to Local Rule 56.1, the Plaintiffs, Jose Barroso, Anna Angelica M. Costa and Raissa M. Costa (collectively, the "Plaintiffs" hereby provide the following statement of contested material facts of record.

!. On February 27, 2002, , the United States Citizenship and Immigration Services ("USCIS") approved an I-140 Petition approved on behalf of Jose Barroso. Complaint,

2. Sometime after February 27[t,] 2002, USCIS questioned whether the Plaintiff had the necessary work experience. Declaration of Denis Riordan ("Riordan Decl." at 1).

3. USCIS commenced its investigation into the Plaintiff's prior work experience on March 10, 2005 after receiving a letter from Counsel to the Plaintiff that the Plaintiff intended to commence a mandamus action wherein he would seek to compel adjudication of the Application. Id.; February 28, 2005 letter to Henry Hanley atttached to Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss or in the Alternative Summary Judgment.

4. The Plaintiffs have waited well in excess of three years for an adjudication on their Applications.

Respectfully submitted,

The Plaintiffs
By their Attorneys

/s/Susan E. Zak
_____
Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114