UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | Civ Act: 05-10651-DPW |
| JOSE BARROSO et al.          ) |  |
|                              ) |  |
|      Plaintiff               ) |  |
|                              ) |  |
|      v.                      ) |  |
|                              ) |  |
| MICHAEL CHERTOFF             ) |  |
| Secretary,U.S. Department    ) |  |
| of Homeland Security;        ) |  |
| EDUARDO AGUIRRE, JR.         ) |  |
| Director, U.S. Citizenship   ) |  |
| And Immigration Services,    ) |  |
| DENIS RIORDAN, Boston District) |  |
| Director, U.S. Citizenship   ) |  |
| and Immigration Services'    ) |  |
| ROBERT S. MUELLER III,       ) |  |
| Director, Federal Bureau of  ) |  |
| Investigations               ) |  |
|      Defendants              ) |  |
| _____) |  |

**PLAINTIFF'S ASSENTED TO MOTION TO STAY**

The Plaintiffs Jose Barroso *et al.* (the "Plaintiffs") respectfully move to stay the above-captioned matter for a period of thirty (30) days.  In support thereof, the Plaintiffs state as follows:

1.  The above-captioned matter arises from the Plaintiffs' Application to Adjust to Lawfully Permanent Resident (the "Applications"), which has been pending before the United

States Citizenship & Immigration Services ("USCIS") since June 6, 2002.

2. USCIS has represented that it is investigating the Plaintiffs' Applications due to questions regarding Jose Barosso's prior work experience in Brazil.

3. The Plaintiffs have gathered documents to submit to USCIS to substantiate the prior work experience.

4. The Plaintiffs expect to submit said document to USCIS within thirty days and is hopeful that the Applications can be adjudicated based on the documents provided.

5. The matter is currently scheduled for a hearing on the Defendant's Motion to Dismiss on Wednesday, January 25, 2006 at 2:30. The hearing may no longer be necessary given that the Plaintiffs are attempting to resolve the matter.

6. The Defendants assent to the Plaintiffs' Motion to Stay.

Based on the foregoing and in the interests of judicial economy, the Plaintiffs respectfully request that the

above-captioned matter be stayed for a period of thirty (30) days.

                                        Respectfully submitted,

                                        The Plaintiffs
                                        Jose Barroso *et al.*
                                        By their Attorneys

                                        /Susan E. Zak/s/
                                        _____
                                        Susan E. Zak
                                        BBO 568044
                                        LAW OFFICE OF JOHN K. DVORAK
                                        P.O. Box 8788
                                        Boston, MA 02114

motionstay-barroso.4101