UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

```
_____
                               )   Civ Act: 05-10651-DPW
JOSE BARROSO et al.            )
                               )
                               )
    Plaintiff                  )
                               )
    v.                         )
                               )
MICHAEL CHERTOFF               )
Secretary,U.S. Department      )
of Homeland Security;          )
EDUARDO AGUIRRE, JR.           )
Director, U.S. Citizenship     )
And Immigration Services,      )
DENIS RIORDAN, Boston District )
Director, U.S. Citizenship     )
and Immigration Services'      )
ROBERT S. MUELLER III,         )
Director, Federal Bureau of    )
Investigations                 )
    Defendants                 )
_____)
```

**JOINT STATUS REPORT**

The Plaintiffs Jose Barroso *et al.* (the "Plaintiffs") and the Defendants, Michael Chertoff *et al.* (the "Defendants") jointly submit the following status report.

1. The above-captioned matter arises from the Plaintiffs' Application to Adjust to Lawfully Permanent Resident (the "Applications"), which has been pending before the United

States Citizenship & Immigration Services ("USCIS") since June 6, 2002.

2.   USCIS has represented that it is investigating the Plaintiffs' Applications due to questions regarding Jose Barosso's prior work experience in Brazil.

3.   The Court held a hearing on the Defendant's Motion to Dismiss on January 25, 2006 and stayed the matter until April 5, 2006.

4.   Approximately one week after the hearing, the Plaintiffs submitted documentation that would assist in substantiating Jose Barroso's prior work experience. The copies, however, were facsimile transmissions that were difficult to read and in the Portuguese language.  USCIS requested better copies and will need to have them translated them to English.  The Plaintiffs have requested the documents from their prior employer in Brazil, but have not received them to date.  They are hopeful the documents will arrive shortly and will submit

them to the USCIS with proper translations upon receipt.

                                Respectfully submitted,

                                The Plaintiffs
Jose Barroso *et al.*
By their Attorneys

/Susan E. Zak/s/
_____
Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114


The Defendants
Michael Sady
By their Attorneys


_____
Michael Sady
Assistant U.S. Attorney
U.S. Dept. of Justice
Suite 9200
Boston, MA 02210

STATUSREPORT-barroso.4101