UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
JOSE BARROSO, et al.,              )
                                       )
        Plaintiffs,              )
                                       )     C.A. NO. 05-10651-DPW
V.                                      )
                                       )
MICHAEL CHERTOFF, et al.,    )
                                       )
        Defendants.           )
_____)

## JOINT STATUS REPORT AND REQUEST FOR FURTHER STAY

The Plaintiffs Jose Barroso, *et al.* (the "Plaintiffs") and the Defendants, Michael Chertoff, *et al.* (the "Defendants") jointly submit the following status report and request for stay.

1. The above-captioned matter arises from the Plaintiffs' Application to Adjust to Lawfully Permanent Resident (the "Applications"), which is pending before the United States Citizenship & Immigration Services ("USCIS").

2. USCIS is further investigating the Plaintiffs' Applications due to questions regarding Jose Barosso's prior work experience in Brazil.

3. The Court held a hearing on the Defendants' Motion to Dismiss on January 25, 2006 and stayed the matter until April 5, 2006.

4. As noted in the prior Status Report filed with this Court on March 3, 2006, approximately one week after the aforementioned hearing, the Plaintiffs submitted documentation that they claim would assist the USCIS in substantiating Jose Barroso's prior work experience. The copies, however, were facsimile transmissions that were difficult to read and in the Portuguese language. USCIS requested better copies, which were to be translated to English.

5. On March 24, 2006, Plaintiffs forwarded to USCIS clearer copies of the documents and had them translated to English. USCIS has promptly forwarded them to the proper authorities in the agency, which will then be used by the State Department to verify, through diplomatic channels in Brazil, the information contained therein.

6. The USCIS contemplates that it may take ninety (90) days to complete the verification process.

7. Accordingly, the parties request that the Court extend the stay up to and including July 17, 2006, so that the above can be effectuated.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Michael Sady
      MICHAEL SADY
      Assistant United States Attorney
      United States Attorney's Office
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      617-748-3606

      The Plaintiffs
      Jose Barroso *et al.*,
      By their Attorneys,

        /s/ Susan E. Zak (by permission)
      Susan E. Zak
      BBO# 568044
      Law Office of John K. Dvorak
      P. O. Box 8788
      Boston, MA 02114

Dated: March 31, 2006