```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
                BOSTON, MASSACHUSETTS
```

| | |
|---|---|
| JOSE BARROSO; ANNA ANGELICA M. COSTA; and RAISSA M. COSTA<br><br>v.<br><br>MICHAEL CHERTOFF Secretary, U.S. Department of Homeland Security; EDUARDO AGUIRRE, JR. Director, U.S. Citizenship And Immigration Services, DENIS RIORDAN, Boston District Director, U.S. Citizenship and Immigration Services<br>    Defendants | Civil Action: 05 10651-DPW |

## NOTICE OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), the PlaintiffS, Jose Barroso, Anna Angelica M. Costa, Raissa Costa, hereby dismiss without prejudice the above-captioned matter.

                Respectfully Submitted,

                /s/Susan E. Zak
                _____
                Susan E. Zak
                Law Offices of John K. Dvorak P.C.
                P.O. Box 8788
                Boston, MA 02114

**CERTIFICATE OF SERVICE**

    I, Susan E. Zak, Attorney for the Plaintiffs hereby certify that on June 8, 2006, I served a copy of the Plainttiffs' Notice of Dismissal

Michael Sady
U.S. Attorney General Office
United States Federal Court
1 Courthouse Way
Suite 9200
Boston, MA 02210

                                            _____
                                            Susan E. Zak, Esq.
                                            LAW OFFICE OF JOHN K. DVORAK, P.C.
                                            P.O. Box 8788
                                            180 Canal Street, 4th Floor
                                            Boston, MA 02114